IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                ORDER

                                                   12-cr-68-bbc

ROSALINA VELAZQUEZ,

        Defendant.
_____

On November 5, 2012, the Sauk County Jail, where defendant Rosalina Velazquez is being detained pretrial, reported to the United States Marshals Service that Ms. Velazquez has suffered a traumatic emotional breakdown that exceeds the jail's treatment capacities and which requires intervention by more qualified mental health professionals. The Marshals Service immediately forwarded this report to the court, which promptly obtained telephonic input from counsel for both sides, who agreed that it was necessary to transfer Ms. Velazquez to an appropriate facility for examination and treatment.

## ORDER

It is ORDERED that the United States Marshals Service forthwith shall arrange for defendant Rosalina Velazquez to be transferred to a secure mental health treatment facility, such as (but not limited to) Winnebago Mental Health Center for treatment of her current mental and emotional condition(s). The Marshals Service shall monitor Velazquez's status and report as necessary to the court so that the court and the parties can determine what to do next.

Entered this 5th day of November, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge